# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSEPH S. CAMACHO and ELVIRA R. CAMACHO,

          Plaintiffs,

vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*,

          Defendants.

Case No.  2:11-cv-01354-LDG-GWF

**ORDER**

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  A Petition for Removal of Action (#1) in this matter was filed August 22, 2011.  Defendants filed a Motion to Dismiss (#8) on September 6, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

      **IT IS ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **November 8, 2011**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      DATED this 28th day of October, 2011.

                                                    GEORGE FOLEY, JR.
                                                  United States Magistrate Judge