**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH S. CAMACHO and ELVIRA R. CAMACHO, | ) ) ) |
| Plaintiffs, | ) Case No. 2:11-cv-01354-LDG-GWF |
| vs. | ) **ORDER** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. A Petition for Removal of Action (#1) in this matter was filed August 22, 2011. Defendants filed a Motion to Dismiss (#8) on September 6, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **November 8, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 28th day of October, 2011.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge