# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH S. CAMACHO and ELVIRA R. CAMACHO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MORTGAGE ELECTRONIC REGISTRATION ) <br> SYSTEMS, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:11-cv-01354-LDG-GWF <br><br> **ORDER** <br><br> Motion to Stay Discovery (#26) |

This matter comes before the Court on Defendant's Motion to Stay Discovery (#26), filed on May 29, 2012 and Plaintiff's Opposition to Defendant's Motion to Stay (#27), filed on June 06, 2012. Plaintiffs Joseph and Elvira Camancho filed suit on August 22, 2011 against Defendants alleging several claims relating to the foreclosure of Plaintiffs' property. Subsequently, Defendants filed a Motion to Dismiss on September 6, 2011. The Proposed Discovery Plan and Scheduling Order (#22), entered into on November 8, 2011, stipulated that the discovery period would be closed June 18, 2012. Because the discovery period has lapsed, Defendants' Motion to stay is now moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay Discovery (#26) is denied as moot.

DATED this 2nd day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28