# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH S. CAMACHO and ELVIRA R. CAMACHO,<br><br>    Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br><br>    Defendants. | 2:11-cv-01354-LDG-GWF |

Plaintiffs have filed a suggestion of Chapter 13 Bankruptcy (#34). Accordingly,

THE COURT HEREBY ORDERS that defendants' motion to dismiss (#8) and plaintiffs' motion to remand (#10) are DENIED without prejudice pending the outcome of the bankruptcy proceedings.

THE COURT FURTHER ORDERS that the parties shall file a status report regarding the bankruptcy proceedings no later than 180 days from the date of this order.

DATED this ___ day of August, 2012.

_____
Lloyd D. George
United States District Judge